FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Shamone Woods   JMO113
(Name of Plaintiff)   (Inmate Number)

1 Kelley Drive
Coal twp PA 17866
(Address)

FILED
SCRANTON

JUL 20 2020

PER _____
       DEPUTY CLERK

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Case Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

CIVIL COMPLAINT

(1) Sgt Bowlin  4.) L.T. A.J. Morris
(2) Security Officer 5.) C.O. Mishler
(3) Cert team
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

TO BE FILED UNDER:  X  42 U.S.C. § 1983 - STATE OFFICIALS
                    ___ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   None

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? _X_ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? _X_ Yes ___ No

C. If your answer to "B" is Yes:

  1. What steps did you take? 1.) Grievance No. 756544 2.) facility manager Appeal and 3.) final Appeal Decision.

  2. What was the result? Denied

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: Cert Team & Security Office
Employed as Security & Cert at SCI Greene
Mailing address: 169 Progress Drive Waynesburg PA 15370

(2) Name of second defendant: Sgt Bowlin
Employed as CO II at SCI Greene
Mailing address: 169 Progress Drive Waynesburg PA 15370

(3) Name of third defendant: L.T. A.J. morris And C.O. Mishler
Employed as CO III at SCI Greene
Mailing address: 169 Progress Drive Waynesburg PA 15370.

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On August 21, 2018 while housed on EA-23, the Security team was searching my cell. After they were done, Second shift came in, they took all

2

of my legal documents that pertained to my Civil

2. Case, including my medical records, exhibits. My discovery, exhibits (Criminal Documents), family pictures All of which defendants threw in the trash I had asked Sgt Bowlin, C.O. Mishler and

3. other staff to retrieve my property they stated they could not because the shift Commander was watching the Cameras.

V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. help replace my Civil Case documents medical records exhibits, personal family pictures.

2. My Criminal Documents, Discovery, exhibit, etc

3. 

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___July___ day of ___5th___, 20_20_.

_____
(Signature of Plaintiff)

Shamone Woods Jm0113
1 Kelley Drive
Coal Township PA, 17866.

RECEIVED
SCRANTON
JUL 20 2020
PER_____ DEPUTY CLERK